which time, according to the plea, was the 6th of *March*, 1844. The Revised Statutes changed the law as to the limitation of suits like the present, and enacted that six years should be the time within which such suits should be brought. The plea in question alleges, that the defendant did not make the promise declared on within five years before the 6th of *March*, 1844 (when the old law was superseded by the new one), nor within five years before the commencement of the suit. According to the plea, whilst the old statute was in force, and before the suit was commenced, the plaintiff's right of action was barred by that statute; and we are clearly of opinion, that no statute subsequently passed could renew the defendant's liability. There is a case in the Supreme Court of the *United States* that has some bearing on the question before us. In that case, the statute of limitations being pleaded, the Court decided that the statute was no bar, the same having been repealed before the time limited by it had elapsed. The decision seems to imply, that if the time had expired before the repeal of the act, the suit would have been barred. *Ogden* v. *Blackledge*, 2 Cranch, 272 (1).

PERKINS, J., having been of counsel in the cause was absent.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*A. Davison, J. Morrison,* and *S. Major,* for the appellant.
*J. Dumont,* for the appellee.

(1) To an action of assumpsit, commenced after the statute of limitations of 1843 was in force, the defendant pleaded that the causes of action did not, nor did either of them, accrue within five years next before the commencement of the action. *Held,* that the plea was bad. *Winston* v. *M'Cormick, May* term, 1848.

---

WYATT *v.* NOBLE.—In error.

THE right to challenge a juror peremptorily, either in a civil or criminal case, may be exercised at any time before the juror is sworn to try the issue. *Beauchamp* v. *The State,* 6 Blackf. 299.— *Munly* v. *The State,* 7 *id.* 593.— *Jackson* v. *Pittsford, Nov.* term, 1846.

<div style="float:right">
Nov. Term,
1847.

WYATT
v.
NOBLE.

8b 507
145 123

Tuesday,
November 30.
</div>